DoA: 8/23/22

CLS
8/24/22

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Silvia Sabina VIDAL-Urrea,<br><br>　　　　　　　　Defendant. | Case No.:  22MJ8605<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 23, 2022, within the Southern District of California, defendant, Silvia Sabina VIDAL-Urrea, did knowingly and intentionally import a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent S. Shook
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 24th day of August, 2022.

_____
Hon. Andrew G. Schopler
United States Magistrate Judge

UNITED STATES OF AMERICA
     v.
Silvia Sabina VIDAL-Urrea

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent S. Shook.

On August 23, 2022, at approximately 10:29 a.m., Silvia Sabina VIDAL-Urrea (VIDAL), a citizen of Mexico, applied for entry into the United States from Mexico through the Calexico, California West Port of Entry via the vehicle primary lanes. VIDAL was the driver and sole occupant of a 2009 gray Toyota Corolla (the vehicle) bearing Mexico license plates and presented a B1/B2 Visa Border Crossing Card as her entry document.

A Customs and Border Protection Officer (CBPO) received a negative Customs declarations from VIDAL. The CBPO asked VIDAL to open the trunk of the vehicle for inspection. During the inspection, the CBPO pulled at the side panel of the trunk interior where packaging was noticed inside the panel. The vehicle was then escorted towards the vehicle secondary (VS) inspection area. Prior to the VS area, the vehicle was scanned utilizing an X-ray machine and the CBPO reviewing the images detected anomalies in the rear of the vehicle.

Further inspection of the vehicle resulted in the discovery of 55 packages concealed in the rear quarter panels, spare tire, and backseat rest of the vehicle. The total approximate weight of the packages was 32.98 kilograms (72.70 pounds). A sample of the substance

contained within one of the packages field tested positive for the characteristics of fentanyl. VIDAL was placed under arrest.

VIDAL was advised of her Miranda Rights. VIDAL acknowledged her rights and agreed to speak to Agents without an attorney present. During a post-Miranda interview, VIDAL said that the vehicle belonged to her daughter, but she uses the vehicle regularly. VIDAL stated her partner took the vehicle yesterday to a mechanic for approximately two hours to fix a front bumper. VIDAL stated she was coming to Calexico to shop.

VIDAL was arrested and charged with a violation of Title 21, United States Code, 952 and 960, for importation of a controlled substance, and was booked into the GEO-El Centro Federal Facility to await initial appearance.